# Exhibit 7

Case 6:17-cv-00383-RWS-KNM Document 18-3 Filed 09/07/17 Page 2 of 2 PageID #: 207



# Here's a Switch: A Patent Infringement Defendant Transfers Into East Texas

Nate Raymond, The American Lawyer
June 23, 2009   |   0 Comments

SHARE
PRINT
REPRINTS

It's been a while since IP cognoscenti considered Marshall, Texas a slam dunk jurisdiction for plaintiffs. (Or a rocket docket.) Still, when we heard that Juniper Networks last week got permission to transfer an infringement case from federal district court in Virginia to the Eastern District of Texas we had to wonder: Are Juniper's lawyers crazy?

Crazy like a fox, maybe. Juniper's lawyers at Kaye Scholer and Irell & Manella seem, in fact, to be playing an elaborate game of hopscotch with their client's IP opponent, GraphOn Corp. And if they have their way, Juniper won't be in Texas for long.

In 2007, GraphOn sued Juniper in Marshall, alleging that it was infringing three GraphOn patents for network security products. Juniper, in turn, sued GraphOn in the Eastern District of Virginia, claiming GraphOn had infringed a Juniper patent dealing with data transmission. (GraphOn claims Juniper bought the patent for the sole purpose of suing it as part of a defensive strategy -- not the first time Juniper has tried out-of-the-box defense tactics.) GraphOn, meanwhile, filed counterclaims in Virginia, alleging infringement on the products at issue in the Texas case.

During the last couple of months, the litigation has focused less on patents than venue. In January, Juniper's defense lawyers in the Texas action -- Irell & Manella -- moved to transfer GraphOn's case to Northern California (pdf). Meanwhile, in Virginia, Juniper's lawyers at Kaye Scholer moved to transfer GraphOn's countersuit to Texas (pdf). Since GraphOn's counterclaim did not relate to the patent for which Juniper had filed its Virginia infringement case, Kaye Sholer argued, it would be more efficient to move it to Marshall, where GraphOn's original case is pending -- for now.

"I have won jury trials in both jurisdictions," Juniper counsel Alan Fisch of Kaye Scholer told us in an e-mail. "Both venues offer patent sophisticated judges and hard working jurors. The issue here was about keeping similar patents together."

Not mentioned in Kaye Scholer's brief, but also likely a factor in the decision to seek a change of venue, was the trial date Juniper faced in each jurisdiction. GraphOn, represented by Michael Rounds of Watson Rounds and Dabney Carr of Troutman Sanders, argued Juniper was trying to "game the system" by taking advantage of Texas's recent slow pace of litigation. (Carr referred a call to Rounds, who wasn't immediately available to comment.)

"Juniper filed its suit against GraphOn in [Virginia] because it hopes to reach trial before GraphOn reaches trial in its suit against Juniper in [East Texas]," GraphOn argued in a June 2 brief opposing Juniper's transfer motion (pdf). Trial in Virginia is expected to begin in December or January. In Texas, trial isn't scheduled until July 2010 -- and GraphOn says it could well be pushed back even farther.

Virginia federal district court Judge Gerald Lee sided with Juniper on Thursday, transferring GraphOn's counterclaims to Texas in a minute entry. But there's still a chance GraphOn could get back to Virginia. In a brief filed on June 10 (pdf), GraphOn asked that if its original East Texas suit is transferred, it be moved not to California but to Virginia to "prevent inconsistent rulings with respect to the rights and liabilities of the parties." Both the GraphOn motion and Juniper's motion to transfer out of Texas are pending.

*This article first appeared on The Am Law Litigation Daily blog on AmericanLawyer.com.*

Related Articles:
- More Defendants Seek to Blast out of Patent 'Rocket Docket'

VIEW COMMENTS ( 0 )
ADD COMMENT

---

Thomson Reuters Practical Law™
Legal know-how to help you navigate unfamiliar paths.
FREE TRIAL ▶
the answer company™ THOMSON REUTERS®

**LAW FIRMS MENTIONED**
Irell & Manella
Troutman Sanders
Kaye Scholer

**More From The American Lawyer**
Paternity-Leave Stigma at Law Firms Lifting, Ever So Slowly
Partner Pins Move to Ballard Spahr on Holland & Knight's Trump Stance
Despite Jump to $180K for Big Law Associates, Median Salary Stalls
Davis Polk Partner Killed By Train in Silicon Valley

**Law.com Executive Insights**
Four key trends in insurance: from the Internet of Things to M&A and InsurTech
Global Transactions Forecast: an analysis of the prospects for M&A markets around the world

**More from the ALM Network**
Uber's 'Greyball' Program Puts New Focus on Legal Dept.
The Recorder
53 Companies Back Transgender Teen in SCOTUS Fight
The National Law Journal
Regulatory Trends in FinTech in APAC
K&L Gates
Covington Pays to End 3M Conflicts Row
The Am Law Daily

COMING UP
Don't Miss! - 6/9 Preview
Don't Miss! - 6/9
Adorable Dachshund Rescued from Tree Stump by Authorities
Pop-Up Making Delicious

**Resources**
Best Practices for Real Estate Case Research
Learn How to Overcome The Most Common Challenges In Real Estate Case Research
MORE RESOURCES ▶

ABOUT THE AMERICAN LAWYER | CONTACT THE AMERICAN LAWYER | SITEMAP | ADVERTISE WITH US   CONNECT WITH US

ALM | ALM Publications   About ALM | Product Solutions | Events & Conferences | Law Catalog | Mobile App | Customer Support | ALM User License Agreement
CLE | Reprints | Privacy Policy [New]
Lawjobs.com | Terms of Use

Copyright 2017. ALM Media Properties, LLC. All rights reserved.